pearing that respondent has failed to file a response to this court's order to show cause or the affidavit as required by D.C. Bar R. XI, § 14(g), it is

ORDERED that Robert L. Shields is hereby suspended from the practice of law in the District of Columbia for a period of five years or until reinstated to the bar of Maryland, whichever occurs first. Reinstatement is also contingent upon a showing of fitness and a showing that respondent's mental disability has ended. *See In re Sibley*, 990 A.2d 483 (D.C.2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C.2007). It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

affidavit as required by D.C. Bar R. XI, § 14(g), it is

ORDERED that Jin–Ho Cynn is hereby suspended from the practice of law in the District of Columbia for a period of six months. *See In re Sibley*, 990 A.2d 483 (D.C.2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C.2007). It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

## In re JIN–HO CYNN, Respondent.
### No. 14–BG–366.

District of Columbia Court of Appeals.

Filed June 19, 2014.

Bar Registration No. 395450, BDN: 187–13.

Before EASTERLY, Associate Judge, and NEBEKER and KING, Senior Judges.

### ORDER

PER CURIAM.

On consideration of the certified order suspending respondent from the practice of law in the state of Virginia for six months, this court's April 14, 2014, order directing respondent to show cause why he should not be suspended for a period of six months as reciprocal discipline, and the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file a response to this court's order to show cause or the